IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| KATHY WARREN, TONYA CALHOUN, ) <br> CLARISSA ROGERS, and persons ) <br> similarly situated, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> INTERSTATE WAREHOUSING, INC., ) <br> A TIPPMANN GROUP COMPANY, ) <br> ) <br> Defendant. ) | CASE NO. 3-17-cv-00014 <br><br> JUDGE TRAUGER <br><br> **JURY DEMAND** |

**JOINT MOTION TO (1) CONDITIONALLY CERTIFY CLASS
FOR SETTLEMENT PURPOSES; (2) APPOINT CLASS REPRESENTATIVES
AND CLASS COUNSEL; (3) PRELIMINARILY APPROVE SETTLEMENT;
(4) APPROVE NOTIFICATION PLAN FOR CLASS MEMBERS;
(5) SCHEDULE DATES FOR HEARING TO DETERMINE
FAIRNESS OF THE SETTLEMENT**

For the reasons set forth in the accompanying Memorandum in Support, Kathy Warren, Tonya Calhoun and Clarissa Rogers, on behalf of themselves and others similarly situated, and Defendant, Interstate Warehousing, Inc., a Tippmann Group Company, jointly move to certify this matter as a class action for settlement purposes and for the Court to preliminarily approve the proposed settlement of this matter under Fed.R.Civ.P. 23(b)(2) and Fed R. Civ. P. 23(b)(3). Plaintiffs and Defendant join in the request for the following relief:

1. Conditionally certify this case as a settlement class under Rule 23(b)(2) and 23(b)(3).

2. Appoint Kathy Warren, Tonya Calhoun and Clarissa Rogers as Class Representatives and Justin Gilbert, as Class Counsel.

3. Grant preliminary approval of the proposed settlement.

4. Approve the notification plan to determine and notify class members.

5. If the Court deems appropriate, to schedule a telephonic or in person fairness hearing to consider final approval of the settlement, the incentive award to Class Representatives and awards to any Class Members in the settlement class, and attorney fees to Class Counsel.

The exhibits hereto are discussed in the Memoranda filed contemporaneously herewith, a copy also being attached as Exhibit 2 to this Motion.

/s/ Justin S. Gilbert
Justin S. Gilbert (TN #017079)
GILBERT RUSSELL McWHERTER
SCOTT BOBBITT, PLC
100 W. Martin Luther King Blvd.
Suite 504
Chattanooga, TN 37402
Telephone: (423) 499-3044
Fax: (731) 664-1540

*Attorneys for Named Plaintiffs*

/s/ Thomas M. Kimbrough
Thomas M. Kimbrough (IN #5414-02)
(*admitted pro hac vice*)
BARRETT McNAGNY LLP
215 E. Berry Street
P.O. Box 2263
Fort Wayne, IN 46801
Telephone: (260) 423-9551
Fax: (260) 423-8920

/s/ Robert E. Boston
Robert E. Boston (Tn Bar No. 9744)
WALLER LANSDEN DORTCH DAVIS, LLP
*Nashville City Center*
511 Union Street, Suite 2700
Nashville, TN 37219
(615) 244-6380 (phone)
(615) 244-6804 (fax)
Bob.boston@wallerlaw.com

*Attorneys for Defendant Interstate Warehousing, Inc., a Tippmann Group Company*

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing has been served via the Court's CM/ECF system on the 13th day of September, 2017 to counsel of record as follows:

Justin S. Gilbert
Gilbert Russell McWherter Scott Bobbitt, PLC
100 W. Martin Luther King Blvd., Suite 504
Chattanooga, TN 37402


/s/ Robert E. Boston