# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# AT NASHVILLE

| | |
|---|---|
| KATHY WARREN, TONYA CALHOUN, CLARISSA ROGERS, and persons similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> INTERSTATE WAREHOUSING, INC., A TIPPMANN GROUP COMPANY, <br><br> Defendant. | CASE NO. 3-17-cv-00014 <br><br> JUDGE ALETA A. TRAUGER |

### JOINT MOTION TO (1) CONDITIONALLY CERTIFY CLASS FOR SETTLEMENT PURPOSES; (2) APPOINT CLASS REPRESENTATIVES AND CLASS COUNSEL; (3) PRELIMINARILY APPROVE SETTLEMENT; (4) APPROVE NOTIFICATION PLAN FOR CLASS MEMBERS; (5) SCHEDULE DATES FOR HEARING TO DETERMINE FAIRNESS OF THE SETTLEMENT

For the reasons set forth in the accompanying Brief in Support, Kathy Warren, Tonya Calhoun and Clarissa Rogers, on behalf of themselves and others similarly situated, move to certify this matter as a class action for settlement purposes and to preliminarily approve the proposed settlement of this matter under Fed.R.Civ.P. 23(b)(2) and Fed R. Civ. P. 23(b)(3). Plaintiffs and Defendant, Interstate Warehousing, Inc., a Tippmann Group Company, joined in the request for the following relief:

1. Conditionally certify this case as a settlement class under Rule 23(b)(2) and 23(b)(3).

2. Appoint Kathy Warren, Tonya Calhoun and Clarissa Rogers as Class Representatives and Justin Gilbert, as Class Counsel.

3. Grant preliminary approval of the proposed settlement.

4. Approve the notification plan to determine and notify class members.

5. Schedule a fairness hearing to consider final approval of the settlement, the incentive award to Class Representatives and awards to any Class Members in the settlement class, and attorney fees to Class Counsel.

Respectfully submitted,

GILBERT McWHERTER
SCOTT BOBBITT, PLC


*s/Justin S. Gilbert*
Justin S. Gilbert (TN #017079)
*Attorney for Named Plaintiffs*
100 W. Martin Luther King Blvd.
Suite 504
Chattanooga, TN 37402
Telephone: (423) 499-3044
Fax: (731) 664-1540


BARRETT McNAGNY LLP


*s/Thomas M. Kimbrough w/permission by Justin S. Gilbert*
Thomas M. Kimbrough (IN #5414-02)
(*admitted pro hac vice*)
215 E. Berry Street
P.O. Box 2263
Fort Wayne, IN 46801
Telephone: (260) 423-9551
Fax: (260) 423-8920


*s/Robert E. Boston w/permission by Justin S. Gilbert*
Robert E. Boston (TN# 9744)
Nashville City Center
511 Union Street, Suite 2700
Nashville, TN 37219
Telephone: (615) 244-6380
Facsimile: (615) 244-6804
Bob.boston@wallerlaw.com

*Attorneys for Defendant Interstate Warehousing, Inc., a Tippmann Group Co.*