IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| KATHY WARREN, TONYA CALHOUN, CLARISSA ROGERS, and persons similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> INTERSTATE WAREHOUSING, INC., A TIPPMANN GROUP COMPANY, <br><br> Defendant. | CASE NO. 3-17-cv-00014 <br><br> JUDGE TRAUGER <br><br> **JURY DEMAND** |

## FINAL JUDGMENT APPROVING SETTLEMENT

This matter if before the Court following the parties' Joint Motion regarding settlement of this Rule 23 class action. It appearing to the Court by the signature of counsel below that all matters and things previously approved by the Court in conformance with the parties' Settlement Agreement entered herein have been accomplished, completed and/or implemented, and that the requirements of F.R.C.P 23(e)(1)-(5) have been met, it is HEREBY ORDERED this this matter is dismissed with prejudiced.

SO ORDERED this 15th day of January, 2020.

_____
Aleta J. Trauger
Judge, United States District Court

APPROVED FOR ENTRY:

/s/ Justin S. Gilbert
Justin S. Gilbert (TN #017079)
GILBERT RUSSELL McWHERTER
SCOTT BOBBITT, PLC
200 W. Martin Luther King Blvd.
Suite 1067
Chattanooga, TN 37402
Telephone: (423) 499-3044
Fax: (731) 664-1540

*Attorneys for Named Plaintiffs*


/s/ Thomas M. Kimbrough
Thomas M. Kimbrough (IN #5414-02)
(*admitted pro hac vice*)
BARRETT McNAGNY LLP
215 E. Berry Street
P.O. Box 2263
Fort Wayne, IN 46801
Telephone: (260) 423-9551
Fax: (260) 423-8920

/s/ Robert E. Boston
Robert E. Boston (Tn Bar No. 9744)
WALLER LANSDEN DORTCH DAVIS, LLP
*Nashville City Center*
511 Union Street, Suite 2700
Nashville, TN 37219
(615) 244-6380 (phone)
(615) 244-6804 (fax)
Bob.boston@wallerlaw.com

*Attorneys for Defendant Interstate
Warehousing, Inc., a Tippmann Group Company*

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing has been served via the Court's CM/ECF system on the 16th day of October, 2017 to counsel of record as follows:

Thomas M. Kimbrough (IN #5414-02)
(*admitted pro hac vice*)
BARRETT McNAGNY LLP
215 E. Berry Street
P.O. Box 2263
Fort Wayne, IN 46801
Telephone: (260) 423-9551
Fax: (260) 423-8920

Robert E. Boston (Tn Bar No. 9744)
WALLER LANSDEN DORTCH DAVIS, LLP
*Nashville City Center*
511 Union Street, Suite 2700
Nashville, TN 37219
(615) 244-6380 (phone)
(615) 244-6804 (fax)
Bob.boston@wallerlaw.com

*Attorneys for Defendant Interstate Warehousing, Inc., a Tippmann Group Company*

s/ Justin S. Gilbert